THE STATE EX REL. WESSEL, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Wessel v. Indus. Comm.*
(1998), 83 Ohio St.3d 334.]

(No. 96–2500—Submitted August 19, 1998—Decided October 7, 1998.)

*Ticktin, Baron, Koepper & Co., L.P.A.,* and *Harold Ticktin,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William J. McDonald,* Assistant
Attorney General, for appellee Industrial Commission.

*Vorys, Sater, Seymour & Pease* and *Julie M. Larson,* for appellee Mobil Oil
Corporation.

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON,
JJ., concur.

PFEIFER, J., dissents.